# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CAROL and JERRY MUSZIK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 3:20-cv-00377 |
| ) | |
| ACUITY, A MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ATTORNEY'S FEE LIEN

TO: Jerry Muszik
Carol Muszik
1199 Saint Ive Drive
Sevierville, TN 37862

Parks T. Chastain, Esq.
Cory R. Miller, Esq.
BREWER, KRAUSE, BROOKS &
CHASTAIN, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228

TAKE NOTICE that Michael S. Kelley and the law firm of KENNERLY, MONTGOMERY & FINLEY, P.C., claim a lien on any judgment or settlement proceeds rendered in this action to the plaintiffs, Carol and Jerry Muszik, pursuant to T.C.A. § 23-2-102 and the common law. At the present time, the lien is in the amount of $4965.20.

Respectfully submitted this 17th day of December, 2021.

/s/ Michael S. Kelley
Michael S. Kelley (BPR # 014378)
KENNERLY, MONTGOMERY & FINLEY, P.C.
550 Main Street, Fourth Floor
Bank of America Building
Knoxville, TN 37902
865-546-7311
mkelley@kmfpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021 a true and correct copy of the foregoing Notice of Attorney's Fee Lien was served by ECF and was served upon the following by United States Mail, first class, postage prepaid:

Parks T. Chastain, Esq.
Cory R. Miller, Esq.
BREWER, KRAUSE, BROOKS &
CHASTAIN, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228

Jerry Muszik
Carol Muszik
1199 Saint Ive Drive
Sevierville, TN 37862

Timothy M. Gibbons
Logan C. Threadgill
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450

KENNERLY, MONTGOMERY & FINLEY, P.C.


By /s/ Michael S. Kelley
Michael S. Kelley